(March 30, 1987)

■ BOARD OF EDUCATION OF THE HUDSON CITY SCHOOL DISTRICT, Plaintiff, v SARGENT, WEBSTER, CRENSHAW & FOLLEY, Defendant and Third-Party Plaintiff-Respondent. SKYWAY ROOFING COMPANY, INC., et al., Third-Party Defendants, and THOMPSON CONSTRUCTION CORPORATION, Third-Party Defendant-Appellant. (And a Fourth-Party Action.)—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in reversing the order of Special Term, granting the motion and dismissing the third-party complaint against third-party defendant Thompson Construction Corporation, with leave to replead so much thereof as asserted a cause of action for indemnification within 20 days after service of a copy of the order?" Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.